# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142753

PATRIOT PUMPS, L.L.C., d/b/a THOMPSON
PUMP MIDWEST,
   Plaintiff-Appellee,

v

               SC: 142753
               COA: 292919
               Wayne CC: 09-000599-CK

JOHN E. GREEN COMPANY,
   Defendant-Appellant,

and

AMERICAN MARSH PUMPS,
   Defendant-Appellee.
_____/

   On order of the Court, the application for leave to appeal the February 1, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

               Clerk

d0829